IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**TODD MONROE**                                                                                      **PLAINTIFF**

**VS.**                              **CASE NO. 3:06CV00033 JMM**

**ARKANSAS STATE UNIVERSITY, ET AL.**                           **DEFENDANTS**

### ORDER

Based upon the Mandate issued by the Court of Appeals for the Eighth Circuit, the complaint in the above styled case is dismissed.  The Clerk of the Court is directed to close the case.

IT IS SO ORDERED THIS  20  day of   February  , 2008.

James M. Moody
United States District Judge